No. 01–1737. AIELLO *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 01–1747. WEAVER *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied. 

No. 01–1750. MANDANICI *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied. 

No. 01–1751. METT ET AL. *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. 

No. 01–1769. WAYNE *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 01–1777. McGONEGAL *v.* OHIO. Ct. App. Ohio, Montgomery County. Certiorari denied.

No. 01–1781. NAJJOR *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. 

No. 01–5169. RODGERS *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied. 

No. 01–5305. PITCHER *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied. 

No. 01–5346. BAILEY *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied. 

No. 01–5481. WHITE *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied. 

No. 01–5501. KIJEWSKI *v.* FLORIDA. Dist. Ct. App. Fla., 4th Dist. Certiorari denied. 

No. 01–5526. HALL *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied. 

No. 01–5718. PHILLIPS, AKA DUKE *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied. 

No. 01–5820. PICKENS *v.* OKLAHOMA. Ct. Crim. App. Okla. Certiorari denied. 

No. 01–5844. PETTUS *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.